## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

SWIFT & CO.,                                                                 Civil No. 05-2775 (JRT/AJB)

                         Plaintiff,

v.

                                                    **ORDER FOR DISMISSAL**

ELIAS FARMS, INC.,                                                           **WITH PREJUDICE**

                         Defendant.

---

Carrie Zochert and Kenneth Corey-Edstrom, **LARKIN, HOFFMAN, DALY & LINDGREN, LTD**, 7900 Xerxes Avenue South, Suite 1500, Minneapolis, MN 55431, for plaintiff.

Jared Peterson, **BERENS, RODENBERG & O'CONNOR**, 519 Center Street, Post Office Box 428, New Ulm, MN 56073, for defendant.

This matter came before the Court on the parties' stipulation of dismissal [Docket No. 102].

Based upon all of the records, files, proceedings herein, **IT IS HEREBY ORDERED** that pursuant to Rule 41 of the Federal Rules of Procedure, this matter is hereby **DISMISSED WITH PREJUDICE**. The parties will each bear their own costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: May 7, 2009
at Minneapolis, Minnesota.                                                      s/John R. Tunheim
                                                                                          JOHN R. TUNHEIM
                                                                               United States District Judge